Christian De Olivas
CalBarNo. 249608
De Olivas Law Firm, APLC
200 N. Bradford Ave., Suite L
Placentia, CA 92870
Telephone: (714) 646-3314
Facsimile:  (714) 646-3721

FILED
JAN 1 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

_____,

    Defendant

Jorge Ramirez Chavez

Case No: 08-CR-0102-W

**SUBSTITUTION OF ATTORNEY**

___JORGE RAMIREZ CHAVEZ___ hereby substitutes attorney CHRISTIAN DE OLIVAS, from the DE OLIVAS LAW FIRM, APLC, located at 200 N. Bradford Avenue, Suite L, Placentia, CA 92870, with telephone number, (714) 646-3314, as attorney of record in place and stead of attorney, ___AMBER BAYLOR___.

DATED: __1/6/08__     _____
                                   DEFENDANT
                                   Ramirez chavez Jorge

I consent to the above substitution.

DATED: __1/10/08__     _____
                                   PRESENT ATTORNEY

                                   08-CR-0102-W

1

//

I am duly admitted to practice in this district.

I accept the above substitution.

DATED: 1/10/08

_____
NEW ATTORNEY

Please check one: ___✓___ RETAINED, or _____ APPOINTED BY THE COURT.

DATED:
1/10/08

APPROVED: _____
UNITED STATES DISTRICT COURT MAGISTRATE

2                    08-CR-0102-W