UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                             Plaintiff,<br><br>v.<br><br>Jorge RAMIREZ-Chavez,<br><br>                             Defendant. | Case No.    08cr0102-W<br><br>**ORDER TO SHOW CAUSE** |

A hearing shall be held on **March 6, 2008**, at **9:30 a.m.** in Courtroom E of the above-entitled court. Attorney Christian De Olivas shall show cause why sanctions shall not be imposed for his failure to appear at his client's status conference in the above referenced matter on March 4, 2008. The status conference for Jorge Ramirez-Chavez was on the Court's 2:00 p.m. log. The matter was called at approximately 2:10 p.m. Mr. De Olivas was not present. The matter was trailed to the completion of the new complaints and other calendar matters. It was recalled at 2:55 p.m. and Mr. De Olivas was not present. The Court attempted to locate Mr. De Olivas and was informed he was not in the Courthouse. Mr. De Olivas is hereby ordered to appear and show cause why sanctions should not be imposed for his failure to make the scheduled Court appearance and thereby delaying the administration of justice. **The Clerk of the Court shall insure that Mr. De Olivas receives notice of this order through CM/ECF.**

**IT IS SO ORDERED.**

DATED: March 4, 2008

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge

1