UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>Jorge RAMIREZ-Chavez,<br><br>　　　　　　　　　　　Defendant. | Case No.    08cr0102-W<br><br>**ORDER FOLLOWING HEARING ON ORDER TO SHOW CAUSE IMPOSING SANCTIONS** |

On March 6, 2008, the Court held a hearing on the Order to Show Cause why Attorney Christian De Olivas should not be sanctioned for his failure to appear at this client's status conference on March 4, 2008. Mr. De Olivas appeared at the hearing. The Court found counsel's explanation for his failure to appear both unsatisfactory and disrespectful to the Court. The Court finds it appropriate to sanction Mr. De Olivas in the amount of $100 for his failure to make the scheduled Court appearance and thereby delaying the administration of justice. Sanctions payable to the Clerk of Court, funds to be deposited with the U.S. Treasury, no later than March 20, 2008.

**IT IS SO ORDERED.**

DATED: March 6, 2008

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**CATHY ANN BENCIVENGO**
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1