## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER __08CR0102-W__ |
| vs | ) | ABSTRACT OF ORDER |
| Jorge Ramirez-Chavez | ) | Booking No. __03661359__ |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __3-7-08__ the Court entered the following order:

__X__ Defendant be released from custody. (as to this case only)

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

__X__ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

__X__ Other. __Dft indicted in case no. 08CR0445-W__

CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk
by
Deputy Clerk

Received _____ 
DUSM

Crim-9  (Rev 6-95)                                              ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY